[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10939
Non-Argument Calendar
_____

D.C. Docket Nos. 5:19-cr-00057-JA-PRL-1,
8:09-cr-00440-JSM-TGW-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALTON JONES,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 18, 2020)

Before JILL PRYOR, LUCK and EDMONDSON, Circuit Judges.

PER CURIAM:

Shehnoor Kaur Grewal, appointed counsel for Alton Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.